### 16076.   LEE *v.* THE STATE.

BROYLES, C. J.   The evidence tending to connect the accused with the offense charged was wholly circumstantial, and was not sufficient to exclude every reasonable hypothesis save that of his guilt.   The verdict, therefore, was contrary to law and the evidence, and the trial judge erred in refusing to grant a new trial.

> *Judgment reversed.   Luke and Bloodworth, JJ., concur.*
>
> DECIDED MARCH 4, 1925.

Indictment for larceny from house; from Fulton superior court —Judge Howard.   October 25, 1924.

*Brackett & Tindall, Branch & Howard, J. W. LeCraw,* for plaintiff in error.

*John A. Boykin, solicitor-general, E. A. Stephens, Ralph H. Pharr,* contra.

---

### 16079.   LEWIS *v.* LEWIS.

BROYLES, C. J.   The motion for a new trial in this case is based upon the usual general grounds only; the evidence was sufficient to authorize the verdict, and the trial court did not err in overruling the motion for a new trial.

> *Judgment affirmed.   Luke and Bloodworth, JJ., concur.*
>
> DECIDED MARCH 4, 1925.

Complaint; from city court of Savannah—Judge Freeman. October 31, 1924.

*J. Hartridge Smith,* for plaintiff in error.
*W. G. Warnell,* contra.